**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

REBEKAH TOLLESON,

    Plaintiff,

v.                                      Case No. 5:04cv157/MCR/MD

ZEE MEDICAL, INC.,

    Defendant.
_____/

**O R D E R**

    Upon Order dated November 18, 2004, all proceedings in this matter were stayed pending transfer of this action to the Judicial Panel on Multidistrict Litigation ("JPML") to MDL-1407.  (See doc. 15).  Upon review, the court now notes the JPML has issued a Conditional Remand Order and this case has been returned to the jurisdiction of this court for further proceedings.  (See doc. 19).  Accordingly, the stay is hereby LIFTED.  The parties shall be required to submit a written report as to the status of this action, including any discovery or pretrial matters remaining and readiness for trial.  Such report(s) shall be filed within **ten (10) days** of the date hereof.

    DONE and ORDERED this 23rd day of April, 2008.

                                                    *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**